# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140524(44)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DREW JAMES PELTOLA,
      Defendant-Appellant.

_____

SC: 140524
COA: 288578
Dickinson CC: 08-004032-FH

      On order of the Chief Justice, the motion by defendant-appellant for extension to November 24, 2010 of the time for filing his supplemental brief is considered and it is granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2010

_____
Clerk